Citi Mortgage
PO Box 9001067
Louisville, Ky 40290