UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| IN RE: KAREN SHAPIRO | CASE NO: 18-15061 |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | ECF Docket Reference No. 15 |
| | Judge: Richard E. Fehling |
| | Hearing Location: US Bankruptcy Court, Washington Street, Suite 301, Reading, Pa. |

On 9/19/2018, I did cause a copy of the following documents, described below,

Plan ECF Docket Reference No. 15

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/19/2018

/s/ Andrew Carroll
Andrew Carroll

285 Chestnut Street
HAMMONTON, NJ  08037
856 426 9815

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: KAREN SHAPIRO | CASE NO: 18-15061 |
| | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING** |
| | Chapter: 13<br>ECF Docket Reference No. 15<br>Judge: Richard E. Fehling<br>Hearing Location: US Bankruptcy Court, Washington Street, Suite 301, Reading, Pa. |

On 9/19/2018, a copy of the following documents, described below,

Plan ECF Docket Reference No. 15

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/19/2018

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Andrew Carroll

285 Chestnut Street
HAMMONTON, NJ  08037

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| | | |
|---|---|---|
| CASE INFO<br>LABEL MATRIX FOR LOCAL NOTICING<br>03134<br>CASE 18-15061-REF<br>EASTERN DISTRICT OF PENNSYLVANIA<br>READING<br>WED SEP 19 10-00-15 EDT 2018 | ALLY FINANCIAL INC<br>PO BOX 130424<br>ROSEVILLE MN 55113-0004 | ~~EXCLUDE~~<br>~~READING~~<br>~~400 WASHINGTON STREET~~<br>~~SUITE 300~~<br>~~READING PA 19601-3951~~ |
| ALLY FINANCIAL<br>PO BOX 380901<br>MINNEAPOLIS MN 55438-0901 | ALLY FINANCIAL<br>CO REGINA COHEN ESQ<br>190 NORTH INDEPENDENCE MALL WEST<br>SUITE 500<br>6TH AND RACE STREETS<br>PHILADELPHIA PA 19106-1557 | BOSCOVS CREDIT CARD<br>PO BOX 18303<br>COLUMBUS OH 43218 |
| CAPITAL ONE<br>HYATT HYATT   LANDAU<br>TWO INDUSTRIAL WAY PO BOX 500<br>EATONTOWN NJ 07724-0500 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CARRINGTON MORTGAGE<br>PO BOX 5001<br>WESTFIELD IN 46074-5001 |
| CITI MORTGAGE<br>PO BOX 9001067<br>LOUISVILLE KY 40290-1067 | CREDIT ONE CREDIT CARD<br>PO BOX 470237<br>ATLANTA GA 30374 | OVERSTOCK<br>PO BOX 18303<br>COLUMBUS OH 43218 |
| TCM BANK NA<br>2701 N ROCKY POINT<br>SUITE 700<br>TAMPA FL 33607-5936 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~OFFICE OF THE US TRUSTEE~~<br>~~833 CHESTNUT STREET~~<br>~~SUITE 500~~<br>~~PHILADELPHIA PA 19107-4405~~ | ANDREW M CARROLL<br>LAW OFFICE OF ANDREW M CARROLL<br>285 CHESTNUT STREET<br>HAMMONTON NJ 08037-1438 |
| DEBTOR<br>KAREN SHAPIRO<br>3255 MELANIE COURT<br>BETHLEHEM PA 18020-7703 | WILLIAM MILLERR<br>INTERIM CHAPTER 13 TRUSTEE<br>2901 ST LAWRENCE AVENUE SUITE 100<br>READING PA 19606-2265 | |

Case 18-15061-ref    Doc 19    Filed 09/19/18    Entered 09/19/18 10:08:14    Desc Main
Document      Page 3 of 3