UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE:  KAREN SHAPIRO | CASE NO: 18-15061<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>Judge: Richard E. Fehling<br>Response Date: October 8, 2018 |

On 9/26/2018, I did cause a copy of the following documents, described below,

Notice of Motion

Fee application - short form

Exhibit

Proposed Order

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/26/2018

/s/ Andrew Carroll
Andrew Carroll
Law Office of Andrew M. Carroll
285 Chestnut Street
HAMMONTON, NJ  08037
856 426 9815

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: KAREN SHAPIRO | CASE NO: 18-15061 |
| | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13<br>Judge: Richard E. Fehling<br>Response Date: October 8, 2018 |

On 9/26/2018, a copy of the following documents, described below,

Notice of Motion

Fee application - short form

Exhibit

Proposed Order

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/26/2018

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Andrew Carroll
Law Office of Andrew M. Carroll
285 Chestnut Street
HAMMONTON, NJ  08037

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
03134
CASE 18-15061-REF
EASTERN DISTRICT OF PENNSYLVANIA
READING
TUE SEP 25 16-50-36 EDT 2018

ALLY FINANCIAL INC
PO BOX 130424
ROSEVILLE MN 55113-0004

~~EXCLUDE~~
~~READING~~
~~400 WASHINGTON STREET~~
~~SUITE 300~~
~~READING PA 19601-3951~~

ALLY FINANCIAL
PO BOX 380901
MINNEAPOLIS MN 55438-0901

ALLY FINANCIAL
CO REGINA COHEN ESQ
190 NORTH INDEPENDENCE MALL WEST
SUITE 500
6TH AND RACE STREETS
PHILADELPHIA PA 19106-1557

BOSCOVS CREDIT CARD
PO BOX 18303
COLUMBUS OH 43218

CAPITAL ONE
HYATT HYATT   LANDAU
TWO INDUSTRIAL WAY PO BOX 500
EATONTOWN NJ 07724-0500

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE BANK USA NA
PO BOX 71083
CHARLOTTE NC 28272-1083

CARRINGTON MORTGAGE
PO BOX 5001
WESTFIELD IN 46074-5001

CITI MORTGAGE
PO BOX 9001067
LOUISVILLE KY 40290-1067

CREDIT ONE CREDIT CARD
PO BOX 470237
ATLANTA GA 30374

OVERSTOCK
PO BOX 18303
COLUMBUS OH 43218

TCM BANK NA
2701 N ROCKY POINT
SUITE 700
TAMPA FL 33607-5936

~~EXCLUDE~~
~~UNITED STATES TRUSTEE~~
~~OFFICE OF THE US TRUSTEE~~
~~833 CHESTNUT STREET~~
~~SUITE 500~~
~~PHILADELPHIA PA 19107-4405~~

ANDREW M CARROLL
LAW OFFICE OF ANDREW M CARROLL
285 CHESTNUT STREET
HAMMONTON NJ 08037-1438

DEBTOR
KAREN SHAPIRO
3255 MELANIE COURT
BETHLEHEM PA 18020-7703

WILLIAM MILLERR
INTERIM CHAPTER 13 TRUSTEE
2901 ST LAWRENCE AVENUE SUITE 100
READING PA 19606-2265