## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Karen Shapiro

                         Debtor

CARRINGTON MORTGAGE SERVICES

                        Movant

      vs.

Karen Shapiro

                        Respondent

CHAPTER 13

NO. 18-15061 REF

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Objection to Confirmation of CARRINGTON MORTGAGE SERVICES, which was filed with the Court on or about August 24, 2018 (Document No. 9).

                               Respectfully submitted,

                               **/s/ Kevin G. McDonald, Esquire**
                               Kevin G. McDonald, Esquire
                               Attorney for Movant
                               KML Law Group, P.C.
                               BNY Mellon Independence Center
                               701 Market Street, Suite 5000
                               Philadelphia, PA  19106
                               215-627-1322

December 21, 2018