**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re.: Shapiro, Karen | : | Chapter 13 |
| | : | |
| Debtor | : | Case No. 18-15061 REF |

**ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Andrew M. Carroll, Esquire, Counsel for Debtor(s) (the "Application"), and after notice and an opportunity to be heard having been given to the United States Trustee, the Standing Trustee, Debtor(s), and all creditors and parties-in-interest, and good cause having been shown, IT IS ORDERED THAT:

1. The Application is APPROVED; and

2. Compensation for professional services rendered, in the amount of $3,500.00 is ALLOWED, and the Standing Trustee shall disburse $2,750.00 in legal fees and $25.90 in costs to counsel for Debtor in accordance with the terms of Debtors' Chapter 13 Plan.

**Date: March 21, 2019**

_____
United States Bankruptcy Judge

cc. Andrew Carroll
285 Chestnut Street
Hammonton, NJ 08037

Karen Shapiro
3255 Melanie Court
Bethlehem, Pa.
18020

William Miller 111 S
Independence Mall
East Suite 583
Philadelphia, Pa.
19106