United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Karen Shapiro  
    Debtor

Case No. 18-15061-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: dlv      Page 1 of 1      Date Rcvd: Mar 21, 2019  
                Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2019.  
db          +Karen Shapiro,    3255 Melanie Court,    Bethlehem, Pa 18020-7703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          +E-mail/Text: ally@ebn.phinsolutions.com Mar 22 2019 03:01:21     Ally Financial Inc.,  
           P.O. Box 130424,    Roseville, MN 55113-0004  
                                                                                                                                                                                                                                                            TOTAL: 1

                 ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2019 at the address(es) listed below:  
        ANDREW M. CARROLL    on behalf of Debtor Karen   Shapiro AndrewCarrollEsq@gmail.com  
        KEVIN G. MCDONALD    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC  
         bkgroup@kmllawgroup.com  
        REGINA   COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,  
         ksweeney@lavin-law.com  
        SCOTT    WATERMAN    ECFmail@fredreiglech13.com,   ECF_FRPA@Trustee13.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM   MILLER*R    on behalf of Trustee WILLIAM   MILLER*R ecfemail@FredReigleCh13.com,  
         ECF_FRPA@Trustee13.com  
                                                                                                                                                                              TOTAL: 6

**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| In Re.: Shapiro, Karen | : | Chapter 13 |
|---|---|---|
| | : | |
| Debtor | : | Case No. 18-15061 REF |

**ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Andrew M. Carroll, Esquire, Counsel for Debtor(s) (the "Application"), and after notice and an opportunity to be heard having been given to the United States Trustee, the Standing Trustee, Debtor(s), and all creditors and parties-in-interest, and good cause having been shown, IT IS ORDERED THAT:

1. The Application is APPROVED; and

2. Compensation for professional services rendered, in the amount of $3,500.00 is ALLOWED, and the Standing Trustee shall disburse $2,750.00 in legal fees and $25.90 in costs to counsel for Debtor in accordance with the terms of Debtors' Chapter 13 Plan.

**Date: March 21, 2019**

_____
United States Bankruptcy Judge

cc. Andrew Carroll
285 Chestnut Street
Hammonton, NJ 08037

Karen Shapiro
3255 Melanie Court
Bethlehem, Pa.
18020

William Miller 111 S
Independence Mall
East Suite 583
Philadelphia, Pa.
19106