**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | BK. No. 18-15061 REF |
| KAREN SHAPIRO | |
| BRUCE SHAPIRO (Non-Filing Co-Debtor) | Chapter No. 13 |
| Debtors | |
| | Document No. |
| CITIMORTGAGE, INC. | |
| Movant | Proof of Claim #6 |
| v. | |
| KAREN SHAPIRO | |
| BRUCE SHAPIRO (Non-Filing Co-Debtor) | |
| and | |
| SCOTT WATERMAN, ESQUIRE (TRUSTEE) | |
| Respondents | |

**NOTICE OF CHANGE OF ADDRESS IN REGARD TO PROOF OF**
**CLAIM #6 FOR COURT NOTICES AND CORRESPONDENCE ONLY**

Please be advised that CENLAR FSB SUBSERVICING ON BEHALF OF CITIMORTGAGE, INC. is the servicer for purposes of notices and correspondence and the Mailing address has changed effective April 29, 2019, the payment address has not been changed.

Creditor Name:   CENLAR FSB SUBSERVICING ON BEHALF OF CITIMORTGAGE, INC.

Old Mailing Address: P.O. BOX 6030
SIOUX FALLS, SD 57117-6030

Old Mailing Address Payments: P.O. BOX 688971
DES MOINES, IA 50368-8971

New Mailing Address: C/O CENLAR, FSB,
425 PHILLIPS BLVD.
EWING, NJ 08618

Payment Address:   C/O CENLAR, FSB,
425 PHILLIPS BLVD.
EWING, NJ 08618

Dated:   April 29, 2019

/s/ Robert J. Davidow, Esquire
Robert J. Davidow, Esq., Id. No.321821
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext
Fax Number: 215-568-7616
Email: Robert.Davidow@phelanhallinan.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | BK. No. 18-15061 REF |
| KAREN SHAPIRO | |
| BRUCE SHAPIRO (Non-Filing Co-Debtor) | Chapter No. 13 |
| Debtors | |
| | Document No. |
| CITIMORTGAGE, INC. | |
| Movant | Proof of Claim #6 |
| v. | |
| KAREN SHAPIRO | |
| BRUCE SHAPIRO (Non-Filing Co-Debtor) | |
| and | |
| SCOTT WATERMAN, ESQUIRE (TRUSTEE) | |
| Respondents | |

**CERTIFICATE OF SERVICE**

I hereby certify that service upon all interested parties, indicated below was made by sending true and correct copies of the Notice of Address Change to CENLAR FSB SUBSERVICING ON BEHALF OF CITIMORTGAGE, INC., by first-class mail or by electronic means on April 29, 2019.

The types of service made on the parties were: Electronic Notification and First Class Mail.

Service by Electronic Notification

ANDREW CARROLL, ESQUIRE
427 N PACKARD ST
HAMMONTON, NJ 08037

SCOTT WATERMAN, ESQUIRE (TRUSTEE)
2901 ST LAWRENCE AVE, SUITE 100
READING, PA 19606

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107

Service by First Class Mail

BRUCE SHAPIRO
3255 MELANIE COURT
BETHLEHEM, PA 18020-7703

KAREN T. MOYER-SHAPIRO
3255 MELANIE COURT
BETHLEHEM, PA 18020-7703

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

April 29, 2019

/s/ Robert J. Davidow, Esquire
Robert J. Davidow, Esq., Id. No.321821
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext
Fax Number: 215-568-7616
Email: Robert.Davidow@phelanhallinan.com