United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Karen Shapiro  
    Debtor

Case No. 18-15061-pmm  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: dlv    Page 1 of 1    Date Rcvd: May 28, 2020  
                    Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2020.  
14210566    +Cenlar FSB on behalf of, CitiMortgage, Inc., 425 PHILLIPS BLVD., EWING, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2020 at the address(es) listed below:

    ANDREW M. CARROLL   on behalf of Debtor Karen  Shapiro AndrewCarrollEsq@gmail.com, southjerseybankruptcy@gmail.com;carrollar91975@notify.bestcase.com  
    ANDREW M. LUBIN    on behalf of Creditor   U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2020-PM3 alubin@milsteadlaw.com, bkecf@milsteadlaw.com  
    KEVIN G. MCDONALD    on behalf of Creditor   CARRINGTON MORTGAGE SERVICES, LLC bkgroup@kmllawgroup.com  
    REGINA  COHEN    on behalf of Creditor   Ally Financial Inc. rcohen@lavin-law.com, ksweeney@lavin-law.com  
    ROBERT J. DAVIDOW    on behalf of Creditor   CITIMORTGAGE, INC. robert.davidow@phelanhallinan.com  
    SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

                      TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-15061-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Karen Shapiro
3255 Melanie Court
Bethlehem Pa 18020

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/27/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 6: Cenlar FSB on behalf of, CitiMortgage, Inc., 425 PHILLIPS BLVD., EWING, NJ 08618 | U.S. Bank Trust National Association, as Trustee Serviced by Select Portfolio Servicing, PO Box 65250 Salt Lake City, UT 84165 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    05/30/20

Tim McGrath
**CLERK OF THE COURT**