| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 18-15061-PMM

KAREN  SHAPIRO  
3255 MELANIE COURT  
BETHLEHEM  PA    18020

Petition Filed Date: 07/31/2018  
341 Hearing Date: 09/18/2018  
Confirmation Date: 02/07/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $468.75 | | 01/22/2019 | $186.25 | | 01/28/2019 | $655.00 | |
| 02/25/2019 | $655.00 | | 04/01/2019 | $655.00 | | 05/02/2019 | $655.00 | |
| 06/03/2019 | $655.00 | | 07/08/2019 | $655.00 | | 08/02/2019 | $655.00 | |
| 09/10/2019 | $655.00 | Monthly Plan P | 10/08/2019 | $655.00 | | 11/12/2019 | $655.00 | |
| 12/09/2019 | $655.00 | | 01/03/2020 | $655.00 | 6441151000 | 02/05/2020 | $655.00 | 6522377000 |
| 03/02/2020 | $655.00 | 6595955000 | 04/02/2020 | $655.00 | 6673556000 | 05/04/2020 | $655.00 | 6749485000 |
| 06/01/2020 | $655.00 | 6830075000 | 07/02/2020 | $655.00 | 6903963000 | 08/03/2020 | $655.00 | 6970745000 |

**Total Receipts for the Period: $13,100.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $14,975.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $1,502.34 | $0.00 | $1,502.34 |
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $746.94 | $0.00 | $746.94 |
| 1 | ALLY FINANCIAL<br>»» 001 | Secured Creditors | $564.59 | $217.05 | $347.54 |
| 6 | SELECT PORTFOLIO SERVICING INC<br>»» 006 | Mortgage Arrears | $965.48 | $395.08 | $570.40 |
| 7 | CARRINGTON MORTGAGE SERVICES LLC<br>»» 007 | Mortgage Arrears | $22,202.11 | $9,085.54 | $13,116.57 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $539.78 | $0.00 | $539.78 |
| 2 | TCM BANK<br>»» 002 | Unsecured Creditors | $5,047.95 | $0.00 | $5,047.95 |
| 8 | ANDREW M CARROLL ESQ<br>»» 008 | Attorney Fees | $2,775.90 | $2,775.90 | $0.00 |

**Chapter 13 Case No. 18-15061-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,975.00 | Current Monthly Payment: | $655.00 |
| Paid to Claims: | $12,473.57 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,308.40 | Total Plan Base: | $37,900.00 |
| Funds on Hand: | $1,193.03 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.