Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606  

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680  

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 18-15061-PMM**

KAREN SHAPIRO  
3255 MELANIE COURT  
BETHLEHEM PA 18020  

Petition Filed Date: 07/31/2018  
341 Hearing Date: 09/18/2018  
Confirmation Date: 02/07/2019  

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | $655.00 | 6441151000 | 02/05/2020 | $655.00 | 6522377000 | 03/02/2020 | $655.00 | 6595955000 |
| 04/02/2020 | $655.00 | 6673556000 | 05/04/2020 | $655.00 | 6749485000 | 06/01/2020 | $655.00 | 6830075000 |
| 07/02/2020 | $655.00 | 6903963000 | 08/03/2020 | $655.00 | 6970745000 | 09/02/2020 | $655.00 | 7048979000 |
| 10/02/2020 | $655.00 | 7120254000 | 11/02/2020 | $655.00 | 7192868000 | 12/02/2020 | $655.00 | 7271078000 |
| 01/04/2021 | $655.00 | 7338241000 | 02/01/2021 | $655.00 | 7420644000 | 03/01/2021 | $655.00 | 7490185000 |
| 04/05/2021 | $657.00 | 7562457000 | 05/03/2021 | $655.00 | 7633013000 | 06/02/2021 | $655.00 | 7702491000 |

**Total Receipts for the Period: $11,792.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $21,527.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $1,502.34 | $0.00 | $1,502.34 |
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $746.94 | $0.00 | $746.94 |
| 1 | ALLY FINANCIAL<br>»» 001 | Secured Creditors | $564.59 | $360.07 | $204.52 |
| 6 | SELECT PORTFOLIO SERVICING INC<br>»» 006 | Mortgage Arrears | $965.48 | $640.56 | $324.92 |
| 7 | CARRINGTON MORTGAGE SERVICES LLC<br>»» 007 | Mortgage Arrears | $22,202.11 | $14,730.94 | $7,471.17 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $539.78 | $0.00 | $539.78 |
| 2 | TCM BANK<br>»» 002 | Unsecured Creditors | $5,047.95 | $0.00 | $5,047.95 |
| 8 | ANDREW M CARROLL ESQ<br>»» 008 | Attorney Fees | $2,775.90 | $2,775.90 | $0.00 |

**Chapter 13 Case No. 18-15061-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,527.00 | Current Monthly Payment: | $655.00 |
| Paid to Claims: | $18,507.47 | Arrearages: | ($2.00) |
| Paid to Trustee: | $1,825.99 | Total Plan Base: | $37,900.00 |
| Funds on Hand: | $1,193.54 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.