| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 18-15061-PMM

KAREN SHAPIRO
3255 MELANIE COURT
BETHLEHEM PA  18020

Petition Filed Date: 07/31/2018
341 Hearing Date: 09/18/2018
Confirmation Date: 02/07/2019

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $657.00 | 7562457000 | 05/03/2021 | $655.00 | 7633013000 | 06/02/2021 | $655.00 | 7702491000 |
| 07/02/2021 | $655.00 | 7777829000 | 08/02/2021 | $655.00 | 7842645000 | 09/02/2021 | $655.00 | 7911958000 |
| 10/04/2021 | $655.00 | 7982295000 | 11/01/2021 | $655.00 | 8051929000 | 12/02/2021 | $655.00 | 8115021000 |
| 01/03/2022 | $655.00 | 8181327000 | 02/02/2022 | $655.00 | 8249432000 | 03/02/2022 | $655.00 | 8304142000 |
| 04/04/2022 | $655.00 | 8370271000 | 05/02/2022 | $655.00 | 8435002000 | 06/02/2022 | $655.00 | 8497783000 |
| 07/05/2022 | $655.00 | 8560149000 | 08/01/2022 | $655.00 | 8617265000 | | | |

**Total Receipts for the Period: $11,137.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $30,697.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $1,502.34 | $73.78 | $1,428.56 |
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $746.94 | $36.68 | $710.26 |
| 1 | ALLY FINANCIAL<br>»» 001 | Secured Creditors | $564.59 | $564.59 | $0.00 |
| 6 | SELECT PORTFOLIO SERVICING INC<br>»» 006 | Mortgage Arrears | $965.48 | $965.48 | $0.00 |
| 7 | CARRINGTON MORTGAGE SERVICES LLC<br>»» 007 | Mortgage Arrears | $22,202.11 | $22,202.11 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $539.78 | $26.51 | $513.27 |
| 2 | TCM BANK<br>»» 002 | Unsecured Creditors | $5,047.95 | $247.89 | $4,800.06 |
| 8 | ANDREW M CARROLL ESQ<br>»» 008 | Attorney Fees | $2,775.90 | $2,775.90 | $0.00 |

**Chapter 13 Case No. 18-15061-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,697.00 | Current Monthly Payment: | $655.00 |
| Paid to Claims: | $26,892.94 | Arrearages: | ($2.00) |
| Paid to Trustee: | $2,598.86 | Total Plan Base: | $37,900.00 |
| Funds on Hand: | $1,205.20 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.