| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 18-15061-PMM**

KAREN SHAPIRO
3255 MELANIE COURT
BETHLEHEM PA 18020

Petition Filed Date: 07/31/2018
341 Hearing Date: 09/18/2018
Confirmation Date: 02/07/2019

Case Status: Completed on 7/ 5/2023

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2022 | $655.00 | 8617265000 | 09/02/2022 | $655.00 | 8675611000 | 10/03/2022 | $655.00 | 8734776000 |
| 11/02/2022 | $655.00 | 8798009000 | 12/02/2022 | $655.00 | 8855611000 | 01/03/2023 | $655.00 | 8904812000 |
| 02/02/2023 | $655.00 | 8965891000 | 03/02/2023 | $655.00 | 9021240000 | 04/03/2023 | $655.00 | 9081153000 |
| 05/01/2023 | $655.00 | 9138410000 | 06/05/2023 | $655.00 | 9205529000 | 07/05/2023 | $655.00 | 9257023000 |

**Total Receipts for the Period: $7,860.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $37,902.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | CAPITAL ONE BANK (USA) NA  »» 003 | Unsecured Creditors | $1,502.34 | $1,456.22 | $46.12 |
| 4 | CAPITAL ONE BANK (USA) NA  »» 004 | Unsecured Creditors | $746.94 | $724.01 | $22.93 |
| 1 | ALLY FINANCIAL  »» 001 | Secured Creditors | $564.59 | $564.59 | $0.00 |
| 6 | SELECT PORTFOLIO SERVICING INC  »» 006 | Mortgage Arrears | $965.48 | $965.48 | $0.00 |
| 7 | CARRINGTON MORTGAGE SERVICES LLC  »» 007 | Mortgage Arrears | $22,202.11 | $22,202.11 | $0.00 |
| 5 | LVNV FUNDING LLC  »» 005 | Unsecured Creditors | $539.78 | $523.21 | $16.57 |
| 2 | TCM BANK  »» 002 | Unsecured Creditors | $5,047.95 | $4,892.98 | $154.97 |
| 8 | ANDREW M CARROLL ESQ  »» 008 | Attorney Fees | $2,775.90 | $2,775.90 | $0.00 |

**Chapter 13 Case No. 18-15061-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $37,902.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $34,104.50 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,201.45 | Total Plan Base: | $37,900.00 |
| Funds on Hand: | $596.05 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.