9/8/2023

Judge Patricia M. Mayer

United States Bankruptcy Court

Gateway Building

201 Penn Street,

Reading PA 19601

RE: Case NO. 18-15061-pmm

Dear Judge Mayer:

   I am in receipt of the court order regarding my bankruptcy case and the additional information that needed to be provided to the court. I contacted my attorney several times prior to completing my payments to ask him what else I needed to do. He was aware of the outstanding documents needing to be filed. I sent him the confirmation of the financial management course on 7/30/23. I also contacted him on 8/23/23 regarding the order that I received from your office.

   As of today, he still has not contacted me regarding filing these documents on my behalf. I contacted the court several days ago and the man I spoke to indicated I could send them in to the court.

   I hope these are the correct forms and they are acceptable to the court. Please let me know what additional information you might require. My mailing address is 3255 Melanie Court, Bethlehem PA. 18020. Phone 610-597-4723.

Thank you,

Regards, Karen Moyer-Shapiro

*[FILED SEP 13 2023 — TIMOTHY McGRATH, CLERK]*