United States Bankruptcy Court

Eastern District of Pennsylvania

In re:    Case No. 18-15061-pmm

Karen Shapiro    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: admin    Page 1 of 2

Date Rcvd: Oct 12, 2023    Form ID: 138OBJ    Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karen Shapiro, 3255 Melanie Court, Bethlehem, Pa 18020-7703 |
| 14193150 | + | Ally Financial, c/o Regina Cohen, Esq., 190 North Independence Mall West, Suite 500, 6th and Race Streets Philadelphia, PA 19106-1557 |
| 14174488 | | Boscov's credit card, PO Box 18303, Columbus, OH 43218 |
| 14174489 | + | Capital One, Hyatt, Hyatt & Landau, Two Industrial Way, PO Box 500, Eatontown, NJ 07724-0500 |
| 14210566 | + | Cenlar FSB on behalf of, CitiMortgage, Inc., 425 PHILLIPS BLVD., EWING, NJ 08618-1430 |
| 14174492 | | Credit One Credit Card, PO Box 470237, Atlanta, GA 30374 |
| 14502015 | + | U.S. Bank Trust N.A., c/o Andrew M. Lubin, Esq., 1 E. Stowe Road, Marlton, NJ 08053-3118 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 13 2023 03:21:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 13 2023 03:21:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14621418 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 13 2023 01:36:38 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14177323 | | Email/Text: ally@ebn.phinsolutions.com | Oct 13 2023 03:21:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14174487 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 13 2023 03:21:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14174490 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 13 2023 01:34:18 | Capital One, Po Box 85015, Richmond, VA 23285 |
| 14202199 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 13 2023 01:35:45 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14174491 | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 13 2023 03:21:00 | Carrington Mortgage, PO Box 5001, Westfield, IN 46074-5001 |
| 14210785 | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 13 2023 03:21:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14190026 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 13 2023 01:34:29 | Citi Mortgage, PO Box 9001067, Louisville, Ky 40290-1067 |
| 14208381 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 13 2023 01:34:55 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14174493 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 13 2023 03:21:00 | Overstock, PO Box 18303, Columbus, OH 43218 |
| 14174494 | + | Email/Text: tcm.bk@tcmbank.com | Oct 13 2023 03:21:00 | TCM Bank, N.A., 2701 N Rocky Point, Suite 700, Tampa, FL 33607-5936 |
| 14506508 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 12, 2023 | Form ID: 138OBJ | Total Noticed: 21 |

| | Oct 13 2023 03:21:00 | U.S. Bank Trust National Association, as Trustee, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
|---|---|---|

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2023            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2023 at the address(es) listed below:

**Name** — **Email Address**

ANDREW M. CARROLL
 on behalf of Debtor Karen Shapiro AndrewCarrollEsq@gmail.com southjerseybankruptcy@gmail.com;carrollar91975@notify.bestcase.com

KEVIN G. MCDONALD
 on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
 on behalf of Creditor Wilmington Savings Fund Society FSB as trustee of Upland Mortgage Loan Trust B mfarrington@kmllawgroup.com

REGINA COHEN
 on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com mmalone@lavin-law.com

ROBERT J. DAVIDOW
 on behalf of Creditor CITIMORTGAGE INC. robert.davidow@phelanhallinan.com

ROGER FAY
 on behalf of Creditor U.S. Bank Trust National Association as Trustee for Towd Point Master Funding Trust 2020-PM3 rfay@milsteadlaw.com, bkecf@milsteadlaw.com

SCOTT F. WATERMAN [Chapter 13]
 ECFMail@ReadingCh13.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Karen Shapiro

       Debtor(s)                                Case No: 18−15061−pmm

                                                          Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                      United States Bankruptcy Court
                 Office of the Clerk, Gateway Building
                     201 Penn Street, 1st Floor
                         Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/12/23